**Order entered February 14, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01369-CV

### GATOR APPLE, LLC, Appellant

### V.

### APPLE TEXAS RESTAURANTS, INC., Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-6565**

## ORDER

The Court has before it court reporter Vielica Dobbins's February 12, 2013 request for an extension of time in which to file the reporter's record. The Court **GRANTS** the request and **ORDERS** the reporter's record submitted on February 12, 2013 timely filed as of that date.

/s/    ELIZABETH LANG-MIERS
           JUSTICE